# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

142144

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DWIGHT SMITH,
        Plaintiff-Appellant,

v

       SC: 142144
       COA: 291026
       Washtenaw CC: 07-001177-CZ

ALLEN DOADES, DAVID HIGGINS, and
MATT HIGGINS,
        Defendants-Appellees,
and

FLORENCE HAKALA,
        Defendant.

_____/

      On order of the Court, the application for leave to appeal the October 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

t0418